| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | ELLIOTT D. OLSON  Bar No. 41501 |
| 2 | GREGORY C. READ Bar No. 49713 |
| | ROBERT KUM  Bar No. 185530 |
| 3 | 801 South Figueroa Street, 18th Floor |
| | Los Angeles, California 90017-5556 |
| 4 | Telephone: (213) 426-6900 |
| | Facsimile: (213) 426-6921 |
| 5 | |
| | Attorneys for Defendant |
| 6 | CATERPILLAR, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE HALLINAN, | CASE NO. 2:05-CV-00628-FCD-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER STAYING PROCEEDING** |
| EUTECTIC CORP., GENERAL ELECTRIC CO., HOBART BROTHERS CO., ILLINOIS TOOL WORKS, INC., METROPOLITAN LIFE INS. CO., MILLER ELECTRIC MANUF. CO., PRAXAIR, INC., SANDVIC, INC., SELECT ARC, INC., TDY INDUSTRIES, INC., UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC., UNION CARBIDE CORPORATION, VIACOM, INC., WESTINGHOUSE ELECTRIC CORP., LINCOLN ELECTRIC CO., A.O. SMITH CORP., AIRCO, INC., ARCOS INDUSTRIES, L.L.C., CATERPILLAR, INC., DELORO STELLITE CO., INC., THE ESAB GROUP, | **Honorable Frank C. Damrell Jr.** |
| Defendants. | |

///

///

1  IT IS HEREBY STIPULATED by and between the parties hereto through
2 their respective attorneys of record that all proceedings in this matter be stayed
3 pending a transfer of this action to In re Welding Rod Products Liability Litigation,
4 MDL No. 1535 (N.D. Ohio).

6  The parties agree this stipulation will stay the Defendant's obligation to
7 respond to the complaint, and the parties' right to propound discovery in this venue,
8 unless and until the case is transferred to, and remanded from, the MDL proceeding
9 The parties respectfully request that this Court refrain from issuing any scheduling
10 orders in this matter, including but not limited to case management orders and
11 orders pertaining to Alternative Dispute Resolution, unless and until the case is
12 transferred to and remanded from, the MDL proceeding.  Facsimile signatures will
13 be deemed sufficient for the purpose of this Stipulation.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1     SO STIPULATED AND AGREED

3     DATED: April 20, 2005      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    ELLIOTT D. OLSON
    GREGORY C. READ
    ROBERT KUM
    Attorneys for Defendant
    CATERPILLAR, INC.

DATED: April 20, 2005      LIEFF, CABRASER HEIMANN AND BERNSTEIN

By: _____
    ERIC B. FASTIFF
    Attorneys for Plaintiff
    MIKE HALLINAN

**IT IS SO ORDERED.**

DATED: April 26, 2005                         /s/ Frank C. Damrell Jr.
                                                  The Honorable Frank C. Damrell Jr.
                                                  US District Judge