Albert B. Norris (SBN 34756)
Stephen G. Blitch (SBN 70193)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants
A.O. Smith Corp., Airco, Inc., The ESAB Group, Eutectic Corporation, Hobart Brothers Company, The Lincoln Electric Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Chemicals and Plastics Company, Inc., Union Carbide Corp., Viacom Inc., and Westinghouse Electric Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE HALLINAN, | Case No.:  2:05-CV-00628-FCD-KJM |
| Plaintiff, | **STIPULATION AND ORDER STAYING PROCEEDINGS** |
| vs. | |
| A.O. SMITH CORPORATION; AIRCO, INC.; ARCOS INDUSTRIES, L.L.C.; CATERPILLAR, INC.; DELORO SATELLITE COMPANY, INC.; THE ESAB GROUP, INC.; EUTECTIC CORPORATION; GENERAL ELECTRIC COMPANY; HOBART BROTHERS COMPANY; ILLINOIS TOOL WORKS, INC.; THE LINCOLN ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY ("METLIFE"); MILLER ELECTRIC MANUFACTURING CO., INC.; PRAXAIR, INC.; SANDVIK, INC.; SELECT ARC, INC.; TDY INDUSTRIES, INC.; UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.; UNION CARBIDE CORPORATION; VIACOM, INC.; and WESTINGHOUSE ELECTRIC CORPORATION, | Honorable Frank C. Damrell Jr. |
| Defendants. | |

– 1 –

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to <u>In re Welding Rod Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).

The parties agree this stipulation will stay the Defendants' obligation to respond to the complaint, and the parties' right to propound discovery in this venue, unless and until the case is transferred to, and remanded from, the MDL proceeding. The parties respectfully request that this Court refrain from issuing any scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution, unless and until the case is transferred to, and remanded from, the MDL proceeding.

SO STIPULATED AND AGREED

DATED: _____    REED SMITH LLP

By_____
Albert B. Norris
Stephen G. Blitch
Attorneys for Defendants
A.O. Smith Corp., Airco, Inc., The ESAB Group, Eutectic Corporation, Hobart Brothers Company, The Lincoln Electric Company, Praxair, Inc., Sandvik, Inc., TDY Industries, Inc., Union Carbide Chemicals and Plastics Company, Inc., Union Carbide Corp., Viacom Inc. , and Westinghouse Electric Corporation

DATED: _____    LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

By_____
Richard M. Heimann
Robert J. Nelson
Eric B. Fastiff
Attorneys for Plaintiff Mike Hallinan

**IT IS SO ORDERED**

DATED: April 26, 2005                                 /s/ Frank C. Damrell Jr.
                                                      FRANK C. DAMRELL JR.
                                                      US District Judge

\\usoakfpb\mkirschbaum$\DOWNLOAD\3KERTESZ\Welding\Hallinan\Hallinan Stip to Stay proceedings.doc

– 3 –

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS