United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

**FILED**
JUL 1 1 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

July 6, 2005

Eastern District of California
Office of the Clerk
United States Courthouse, 4th Floor
501 "I" Street
Sacramento, CA 95814

Re: **MDL 1535 Welding Rod Products Liability Litigation**

| Transfer of Civil Cases | CAE# |
|---|---|
| **Hallinan v Lincoln Electric Company, et al** | 2:05-628  FCD KJM |
| **Taijeron v Lincoln Electric Company, et al** | 2:05-631 |

Dear Sir/Madam:

Enclosed is a certified copy (or copies) of Conditional Transfer Order (CTO-27) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable Kathleen McDonald O'Malley is to preside over this litigation.

**If case(s) has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case(s) has been closed. We will retrieve documents electronically. If case(s) is not available on the internet, please provide ONLY a certified copy of the docket entries and a certified copy of the complaint with any amendments to the complaint. Panel Rule 19(a) has been suspended in this litigation.**

Northern District of Ohio case numbers will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov



A CERTIFIED TRUE COPY

JUN 23 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 1535

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 7 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-27)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 232 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, 269 F.Supp.2d 1365 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 23 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

1262

## SCHEDULE CTO-27 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                **CASE CAPTION**

CALIFORNIA EASTERN
  CAE 2  05-628                     Mike Hallinan v. Lincoln Electric Co., et al.
  CAE 2  05-631                     Vincente Taijeron v. Lincoln Electric Co., et al.

GEORGIA NORTHERN
  GAN 4  05-78                      Roger Payton v. Lincoln Electric Co., et al.

MINNESOTA
  MN 0  05-429                      Jerauld Thuringer v. A.O. Smith Corp., et al.
  MN 0  05-838                      Donald Holliday v. A.O. Smith Corp., et al.
  MN 0  05-839                      Scott Hand v. A.O. Smith Corp., et al.

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Renee Schoonover
Deputy Clerk